IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME BARCENAS, | No. C -14-02504(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED AIRLINES, INC, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a case management conference is scheduled for September 23, 2014, at 10:00 a.m., in Courtroom E, located on the 15h floor at 450 Golden Gate Avenue, San Francisco, California 94102. Another joint case management conference statement does not need to be filed in advance of the conference, unless the parties wish to update the case management statement filed on August 26, 2014.

**IT IS SO ORDERED.**

Dated: September 16, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge