```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3 Before The Honorable Elizabeth D. Laporte, Magistrate Judge
 4
 5 JAIME BARCENAS,              )
                                )
 6         Plaintiff,            )
                                )
 7 vs.                           )    No. C 14-02504-EDL
                                )
 8 UNITED AIRLINES, INC.,        )
                                )
 9         Defendant.            )
10 _____)
                                    San Francisco, California
11                                  Tuesday, October 14, 2014
12   TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
              RECORDING 11:29 - 11:35 = 6 MINUTES
13
14 APPEARANCES:
15 For Plaintiff:
                              Smith Patten
16                            353 Sacramento St., Suite 1120
                              San Francisco, CA 94111
17                      BY:   DOW PATTEN, ESQ.
18 For Defendant:
                              Miller Law Group
19                            A Professional Corporation
                              111 Sutter Street, Suite 700
20                            San Francisco, CA 94104
                        BY:   TRACY THOMPSON, ESQ.
21
22 Transcribed by:          Echo Reporting, Inc.
                            Contracted Court Reporter/
23                          Transcriber
                            echoreporting@yahoo.com
24
25
```

```
                                                                2
 1  Tuesday, October 14, 2014                           11:29 a.m.
 2                    P-R-O-C-E-E-D-I-N-G-S
 3                           --oOo--
 4          THE CLERK:  Calling case 14CV2504, Jaime Barcenas
 5  versus United Airlines, Inc.
 6      Counsel, please approach and state your appearances.
 7      (Pause.)
 8          THE COURT:  Here we are, again.
 9          MS. THOMPSON:  Yes, we are, your Honor.  Good
10  morning.  Tracy Thompson representing United Airlines.
11          MR. PATTEN:  Good morning, your Honor.  Dow Patten
12  representing the Plaintiff, Jaime Barcenas.
13          THE COURT:  Okay.  And this is, of course, a
14  different case.  So, I think the ADR unit has set further
15  phone conferences, it says you're not ready.  So I won't
16  make any kind of referral at this point.
17      In terms of dates, I can give you dates that are pretty
18  close to what Judge Whyte gave you.  I don't -- I'm not sure
19  why he had jury selection before the trial.  I don't know
20  that that's necessary.  So we just start it on March 7th.
21  You know, we can decide ahead of time whether there's any
22  other procedures, but I mean I think for a one-week trial, I
23  don't think it needs special handling, necessarily.
24      Jury and pretrial conference I would hold on a Tuesday,
25  February 16th.  Last day to hear dispositive motions, is
```

1 close to what he gave you, is Tuesday, December 1st
2      And then do you want -- is the four brief filing
3 schedule good, as he set for the dispositive motions?
4           MR. PATTEN:  That's fine with Plaintiff, your
5 Honor.
6           MS. THOMPSON:  That's fine, your Honor.
7           THE COURT:  All right.  So then we'd have a little
8 bit -- first brief of October 6th.  Then opposition and
9 cross motion October 20th.  Reply opposition November 3rd.
10 And then the final reply November 10th.
11      And then the fact discovery cutoff that you had, so
12 remaining, and July 24th expert discovery cutoff remaining
13 on September 25th, with initial expert disclosures, as he
14 gave you on 8/7.  And rebuttal, if any, 8/28, as he had.
15      So I think that's pretty much very close to the same
16 schedule.
17      Is there any -- there's no intent to amend the
18 pleadings, or add other parties, I think?
19           MR. PATTEN:  No, your Honor.  We -- it's really
20 just a question of -- this case is a single cause of action.
21 It's another supervisor at SFO -- expanding supervisor -- at
22 SFO.
23      What we did run into in the Bonillas matter, your
24 Honor, is -- and your Honor did provide us discovery on this
25 September, October, November additional supervisor position,

4

Mr. Barcenas is one of the individuals from the Bonillas case who applied for that position, and we proffered that evidence to -- in opposition in Bonillas, in opposition to the motion for summary judgment -- and we ran into some problems with the D (phonetic) identification issues.

THE COURT: The what?

MR. PATTEN: The numerical identifiers that were used to protect privacy.

What we need, your Honor, and perhaps we can meet and confer on this further, but we need to have a key for any witnesses that we're asking, because if we're going to facing attorney's fees/sanctions for not going after and getting a deposition of everyone who's alleged to be a decision maker, your Honor, I'm going to need a key so those documents that I've got I can say, employee number 13, and Counsel can tell them -- or they can look at their key -- to tell who it is. Because they may not know from the document who employee number 13 is. If he's Hispanic and he got a bad performance review right before the talent selection, I'm going to ask them about that.

MS. THOMPSON: This is the first I've heard about any of this, your Honor. I'm sorry. I'm happy to discuss whatever the issues are, but I don't fully understand it.

THE COURT: Okay. Well, I think you -- okay, so I'm ordering you to meet and confer on this question. And I

mean -- yeah, I don't know enough about it to give any guidance.  But if there's -- I'm not sure what -- you know, I don't remember anything about it from the other case and a key issue, so I don't know.  But if you're giving numbers to protect the name of someone, but then he needs to -- at least Counsel needs to know that name.  There's probably a way to work that out, or at least for attorney's eyes only, at a minimum.  Or something of that nature.

      MS. THOMPSON:  That's fine.  I'm happy to discuss it, your Honor.

      THE COURT:  I mean comparative employees ultimately -- you know, if they are comparators, they do lose some of their privacy.

      MR. PATTEN:  And, your Honor, just so that we're clear, there was the position that he was removed from in talent selection, and then shortly thereafter there's this unannounced hiring for other supervisors.  And that's the position that we're talking about here.  And that's what was of concern to us in Bonillas, in terms of the scope of discovery and --

      THE COURT:  Yeah, I don't want to talk about Bonillas.

      MR. PATTEN:  I understand.

      THE COURT:  I want to talk about this case and I -- you know, because -- and this is not something that was

```
                                                               6
 1  in the statement, so I'm not -- it's hard for me to
 2  understand what you're talking about.  But to the extent I
 3  could, that's all the guidance I can give, I think, at this
 4  point.
 5           MR. PATTEN:  Thank you, your Honor.
 6           THE COURT:  All right.
 7           MS. THOMPSON:  Thank you, your Honor.
 8           THE COURT:  Thanks.
 9       (Proceedings adjourned at 11:35 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    7
 1                    CERTIFICATE OF TRANSCRIBER

 2

 3      I certify that the foregoing is a true and correct
 4 transcript, to the best of my ability, of the above pages of
 5 the official electronic sound recording provided to me by
 6 the U.S. District Court, Northern District of California, of
 7 the proceedings taken on the date and time previously stated
 8 in the above matter.
 9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.
14                         [signature]
15
16            Echo Reporting, Inc., Transcriber
17               Friday, November 14, 2014
18
19
20
21
22
23
24
25
```